IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY SMITH,<br>    Plaintiff | Civil No. 3:15-cv-00286 |
| v. | (Judge Mariani) |
| DAVID J. EBBERT, *et al.*,<br>    Defendants | |

## ORDER

**AND NOW**, this 25th day of January, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss, (Doc. 12), is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous, lacking in probable cause, and not in good faith.

                                                                Robert D. Mariani
                                                                United States District Judge